UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | SACV 20-01717-CJC (KESx) | Date | December 8, 2020 |
|---|---|---|---|
| Title | Kenneth Davidson v. Jose J. Oropeza, et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

<u>Cheryl Wynn</u>
Deputy Clerk

<u>Not Reported</u>
Court Reporter

<u>Attorneys Present for Plaintiffs:</u>

None Present

<u>Attorneys Present for Defendants:</u>

None Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

    The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal of the entire action [13], and hereby orders the case dismissed with prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

                                                                                        -   :   -

Initials of Deputy Clerk     cw